**Order entered February 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00572-CV**

**IN RE DISIERE PARTNERS, LLC, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08767**

**ORDER**
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **LIFT** the stay issued by our July 16, 2021 order.

/s/    AMANDA L. REICHEK
       JUSTICE